**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-6271**

_____

KENNETH SYNCERE RIVERA, a/k/a Kenneth Rivera,

 Plaintiff - Appellant,

 v.

AGENCY DIRECTOR WILLIAM R. BYARS, JR.; SCDC NUTRITIONIST MARCIA
FULLER; EVELYN BARBER, Head Kitchen Supervisor; WARDEN ROBERT
STEVENSON, III,

 Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Anderson.   J. Michelle Childs, District
Judge.  (8:12-cv-02318-JMC)

_____

Submitted:  May 30, 2013              Decided:  June 5, 2013

_____

Before SHEDD, DIAZ, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Kenneth Syncere Rivera, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Syncere Rivera appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Rivera v. Byars</u>, No. 8:12-cv-02318-JMC (D.S.C. Feb. 12, 2013). We deny Rivera's motions to appoint counsel and for a transcript at government expense, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2